RICHARD KIRK CANNON (SBN 127424)
ANDREW J. DHUEY (SBN 161286)
456 Boynton Avenue
Berkeley, CA  94707
(510) 528-8200
(510) 528-8204 (fax)
rkcannon@aol.com
ajdhuey@comcast.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOMEDICAL PATENT MANAGEMENT CORPORATION, a California Corporation,<br><br>      Plaintiff<br><br>      vs.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, an arm of the State of California,<br><br>      Defendant | Case No.: C06-0737 MHP<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiff BIOMEDICAL PATENT MANAGEMENT CORPORATION and Defendant STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES stipulate to extend the time for Defendant to answer or otherwise respond to the Complaint up to and including Tuesday, March 7, 2006.

/ / /

/ / /

/ / /

/ / /

- 1 -

**Case No. C06-0737 MHP**                                              Stip. – Extnd. Time for Resp. to Compl.

1  Defendant has agreed not to seek any additional extensions of time to answer or
2  otherwise respond to the Complaint.

Agreed to on this 28th day of February, 2006,

By: /s/ Andrew J. Dhuey
    ANDREW J. DHUEY

    RICHARD KIRK CANNON
    ANDREW J. DHUEY
    Attorneys for Plaintiff,
    BIOMEDICAL PATENT
    MANAGEMENT CORP.

Agreed to on this 28th day of February, 2006,

By: /s/ Susan J. King
    SUSAN J. KING
    Deputy Attorney General

    Attorney for Defendant,
    STATE OF CALIFORNIA,
    DEPARTMENT OF
    HEALTH SERVICES



IT IS SO ORDERED
Judge Marilyn H. Patel

- 2 -

**Case No. C06-0737 MHP**                              **Stip. – Extnd. Time for Resp. to Compl.**